MARY A. CHISHOLM, Respondent, *v.* HARRY L. TOPLITZ, Appellant.

*Chisolm* v. *Toplitz,* 82 App. Div. 346, affirmed.
(Argued April 4, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Richard L. Sweezy* for appellant.

*William H. Van Benschoeten* and *John M. Bowers* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.

LAVIUS F. BRISTOL, Respondent, *v.* EUGENE W. MENTE et al., Appellants.

*Bristol* v. *Mente,* 79 App. Div. 67, affirmed.
(Argued April 5, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Dean Emery* and *Frederic R. Kellogg* for appellants.

*William D. Sawyer* and *Henry P. Driggs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN and WERNER, JJ. Dissenting: HAIGHT and CULLEN, JJ.